# United States District Court
## Southern District of Georgia

MICHAEL HENDRIX,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:19-cv-21

BULLOCH COUNTY SHERIFF'S OFFICE;
LT. MARSH; and CAPTAIN THOMPSON,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with this Court's order dated November 20, 2019 adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court. The Court DISMISSES without prejudice Plaintiff's Complaint for failure to follow this Court's Order and DENIES Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

November 26, 2019
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk